E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102
    Facsimile: (213) 894-6269
    E-mail:   andrew.brown@usdoj.gov

Attorneys for Plaintiff/Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff/Respondent,<br><br>      v.<br><br>COSMIN SPIRIDON,<br><br>      Defendant/Petitioner. | Nos. 2:22-CV-8162-MCS<br>     2:21-CR-210-MCS<br><br>[PROPOSED] ORDER DECLARING PARTIAL WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND COMPELLING DISCLOSURE OF CERTAIN ATTORNEY-CLIENT COMMUNICATIONS |
|---|---|

    The Court, having considered the government's *Ex Parte* Application For a Court Order Declaring Partial Waiver Of Attorney-Client Privilege and Compelling Disclosure of Certain Attorney-Client Communications, and good cause having been shown,

    IT IS HEREBY ORDERED THAT:

    1.   Defendant/petitioner COSMIN SPIRIDON ("defendant") has waived his attorney-client privilege with respect to all communications between himself and his attorney, Kate Hardie, concerning the events and facts related to defendant's claims of

ineffective assistance of counsel in United States v. COSMIN SPIRIDON, 2:22-CV-8162-MCS; and

    2.   Attorney Kate Hardie is ordered to disclose to the government and the Court all communications between himself and defendant concerning the events and facts related to defendant's claims of LIST CLAIMS in United States v. COSMIN SPIRIDON, 2:22-CV-8162-MCS.

    IT IS SO ORDERED.

_____      _____
DATE                                         UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
ANDREW BROWN
Assistant United States Attorney

2

**CERTIFICATE OF SERVICE**

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years old, and I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **[PROPOSED] ORDER DECLARING PARTIAL WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND COMPELLING DISCLOSURE OF CERTAIN ATTORNEY-CLIENT** service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By electronic mail delivery, as follows:

**COSMIN SPIRIDON**
**Register Number: 38765-509**
**FCI MENDOTA**
**FEDERAL CORRECTIONAL INSTITUTION**
**P.O. BOX 9**
**MENDOTA, CA 93640**

This Certificate is executed on November 21, 2022, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct

*Belinda B. Tunque*